Charles D. Beckwith, Appellant, v. City of New Rochelle and Others, Respondents.— Judgment unanimously affirmed, with costs, upon opinion of Mr. Justice George H. Taylor, Jr., at Special Term.█ Present — Lazansky, P. J., Rich, Kapper, Scudder and Tompkins, JJ.